UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:09-cr-77-FtM-99SPC

IVAN CURBELO

_____

## ORDER

This matter comes before the Court on defendant Ivan Currelo's Motion for Appointment of Counsel, Request for Pro-Se Representation or That This Honorable Court and the Circuit Decide if Continue or Not the Due Process to a Direct Appeal or State Dismiss the Appeal (Doc. #500) filed on July 5, 2011. The docket of the District Court indicates that defendant is still represented by retained counsel. Therefore, defendant's motion will be denied.

Accordingly, it is now

**ORDERED:**

Defendant Ivan Currelo's Motion for Appointment of Counsel, Request for Pro-Se Representation or That This Honorable Court and the Circuit Decide if Continue or Not the Due Process to a Direct Appeal or State Dismiss the Appeal (Doc. #500) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___12th___ day of July, 2011.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Ivan Currelo